IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: **08-cv-01337-AP**

**CLAUDIA ROSS,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**     **APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Frederick W. Newall #10269, Esq. | TROY A. EID |
| 730 N. Weber, #101 | United States Attorney |
| Colorado Springs, CO 80903 | |
| Telephone (719) 633-5211 | KEVIN TRASKOS |
| newallfrederick@qwestoffice.net | Deputy Chief, Civil Division |
| | United States Attorney's Office |
| | District of Colorado |
| | Telephone: (303) 454-0184 |
| | kevin.traskos@usdoj.gov |
| | |
| | DEBRA J. MEACHUM |
| | Special Assistant U. S. Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: (303) 844-1570 |
| | debra.meachum@ssa.gov |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

 A.     **Date Complaint Was Filed:**     June 11, 2008

 B.     **Date Complaint Was Served on U.S. Attorney's Office:**     June 19, 2008

 C.     **Date Answer and Administrative Record Were Filed:**     August 18, 2008

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:**     To the best of his knowledge, the record is complete. However, the Plaintiff reserves the right to file a motion supplement the record, if necessary, at the time of the Opening Brief.

**Defendant states:**     Defendant states that he will not object to Plaintiff submitting additional evidence with the opening brief, but he will not agree to supplement the certified record with any evidence that was not before the ALJ or the Appeals Council.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

There are no other matters anticipated.

**8.   BRIEFING SCHEDULE**

    **A.**   **Plaintiffs Opening Brief Due:**   October 30, 2008

    **B.**   **Defendant's Response Brief Due:**   November 28, 2008

    **C.**   **Plaintiffs Reply Brief (If Any) Due:**   December 12, 2008

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**   **Plaintiffs Statement:**  Plaintiff does not request oral argument.

    **B.**   **Defendant's Statement:**   Defendant does not request oral argument

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 17th day of September, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick W. Newall<br>Frederick Newall<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>(719) 633-5211<br>E-mail: newallfrederick@qwest.net<br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>By: s/Debra J. Meachum<br>    Debra J. Meachum<br>    Special Assistant United States Attorney<br>    1961 Stout Street, Suite 1001A<br>    Denver, Colorado 80294<br>    Telephone: (303) 844-1570<br>    debra.meachum@ssa.gov<br>    Attorneys for Defendant. |